<u>United States Courts</u>

James A McClure
U. S.  Federal Bldg & Courthouse
550 W Fort St, MSC 042
Boise, ID  83724
PH:  (208) 334-1361
FAX: (208) 334-9362

Elizabeth A. Smith
Court Unit Executive


April 8, 2010

Ms. Cherie Allen
4084 Grangemont Road
Orofino, ID 83544

Re: 10-20323-TLM

Dear Ms. Allen :

The Court is in receipt of your Form 23 regarding the Postpetition Instructional Course Concerning Personal Financial Management, however this course is separate from the Credit Counseling that you completed prior to filing your Bankruptcy.

Please file Form 23 once you have completed the postpetition course.  It is due to the Court by May 10, 2010.

Please contact our office if further assistance is needed.



Sincerely,


Kymberly Rabbie
208-334-9342